RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for LEON JOHNSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEON JOHNSON,<br><br>　　　　　Defendant. | Case No. 15-CR-220-JCM-VCF<br><br>**STIPULATION TO EXTEND OBJECTIONS DEADLINES**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul Riddle, Assistant Federal Public Defender, counsel for Leon Johnson, that the Deadline to file objections to report & recommendation, currently set for December 15, 2015, be extended by one (1) day to and including December 16, 2015.

This Stipulation is entered into for the following reasons:

1. Due to pressing deadlines in another case and the unforeseeable circumstances, undersigned defense counsel needs additional time to prepare his objections to the report and recommendation.

2. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete and submit objections.

3. The parties are in agreement to the brief continuance

4. This is the Second stipulation to continue the objections deadline filed herein.

DATED: December 15, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By: */s/ Paul Riddle*<br>   PAUL RIDDLE,<br>   Assistant Federal Public Defender | By:  */s/ Phillip N. Smith, Jr.*<br>   PHILLIP N. SMITH, Jr.<br>   Assistant United States Attorney |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-220-JCM |
| Plaintiff, | |
| v. | ORDER |
| LEON JOHNSON, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that it is in the best interest of justice and judicial economy to grant the requested extension:

**ORDER**

IT IS THEREFORE ORDERED, that the deadline for filing objections to the report and recommendation, is hereby extended from December 15, 2015 to and including December 16, 2015.

DATED December 16, 2015.

_____
UNITED STATES DISTRICT JUDGE