UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEON JOHNSON,<br><br>　　　　Defendant. | Case No. 2:15-cr-00220-JCM-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, June 29, 2022 at 2:00 p.m., be vacated and continued to Friday, July 8, 2022 at the hour of 2:00 p.m. in Courtroom 3B.

　　DATED this 28th day of June, 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE