RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Leon Johnson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00220-JCM-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| LEON JOHNSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Leon Johnson, that the Revocation Hearing currently scheduled on August 26, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of district on the currently scheduled revocation hearing date.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED August 16, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEON JOHNSON,<br><br>　　　　Defendant. | Case No. 2:15-cr-00220-JCM-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, August 26, 2024 at 10:30 a.m., be vacated and continued to **October 28, 2024, at 10:00 a.m.**; or to a time and date convenient to the court.

DATED August 19, 2024.

_____
UNITED STATES DISTRICT JUDGE

3